AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**JOHN JOUISSANCE,**<br><br>*Defendant* | ) ) ) Case No.<br>) **24-60061-CR-LEIBOWITZ/AUGUSTIN-BIRCH**<br>) ) ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **John Jouissance**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349
Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h)


Date: 04/23/2024                                                                     *Michelle Paschal*
                                                                                              *Issuing officer's signature*

City and state:     Miami, Florida                                             **Angela E. Noble, Clerk of Court**
                                                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                                                                 _____<br>                                                                                                          *Arresting officer's signature*<br><br>                                                                                                          _____<br>                                                                                                          *Printed name and title* |